# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SHABAZZ, | Case No. 1:11-cv-01558-LJO-SAB |
| Plaintiff, | ORDER GRANTING DEFENDANTS' FIRST MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING |
| v. | |
| GEORGE J. GIURBINO, et al., | [ECF Nos. 19, 21] |
| Defendants. | |

Plaintiff Amir Shabazz is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 4, 2014, and April 21, 2014, Defendants, respectively, filed motions to extend time to file a responsive pleading.

///
///
///
///
///
///
///
///

1

Good cause having been presented to the Court,

IT IS HEREBY ORDERED that Defendants are granted thirty (30) days from the date of service of this order in which to file a responsive pleading.

IT IS SO ORDERED.

Dated: __**April 22, 2014**__

UNITED STATES MAGISTRATE JUDGE