UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SHABAZZ,<br><br>            Plaintiff,<br><br>     v.<br><br>GIURBINO, et al.,<br><br>            Defendants. | Case No.: 1:11-cv-01558-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING DEFENDANTS' MOTION TO DISMISS, AND DIRECTING DEFENDANTS TO FILE RESPONSE WITHIN THIRTY DAYS<br><br>[ECF Nos. 23, 31] |

Plaintiff Amir Shabazz is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 23, 2014, Defendants filed a motion to dismiss the complaint. Plaintiff filed an opposition on June 26, 2014, and Defendants filed a reply on July 10, 2014. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On August 28, 2014, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that Objections to the Findings and Recommendations were to be filed within thirty days. No Objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on August 28, 2014, is adopted in full;

2. Defendants' motion to dismiss Plaintiff's monetary claim against Defendants in their official capacity and claim for injunctive relief against the individual Defendants under RLUIPA is GRANTED;

3. Defendants' motion to dismiss is DENIED in all other respects;

4. Plaintiff's request for judicial notice is DENIED; and

5. Defendants shall file a further response to Plaintiff's complaint within **thirty (30)** days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **October 9, 2014**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

2