# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SHABAZZ,<br><br>    Plaintiff,<br><br>    v.<br><br>GIURBINO, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-01558-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND THE DISPOSITIVE MOTION DEADLINE<br><br>[ECF No. 38] |

Plaintiff Amir Shabazz is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 13, 2015, Defendants filed a request to extend the time to file a motion for summary judgment relating to exhaustion of the administrative remedies. Pursuant to the Court's December 16, 2014, discovery and scheduling order, the deadline to file a motion relating to the exhaustion of the administrative remedies is March 16, 2015. (ECF No. 37.)

Good cause having been presented to the Court, IT IS HEREBY ORDERED that Defendants may file their motion for summary judgment relating to exhaustion of the administrative remedies on or before April 6, 2015.

IT IS SO ORDERED.

Dated: __March 16, 2015__

_____
UNITED STATES MAGISTRATE JUDGE

1