UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SHABAZZ,<br><br>           Plaintiff,<br><br>      v.<br><br>GIURBINO, et al.,<br><br>           Defendants. | Case No.: 1:11-cv-01558-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO MODIFY THE DISCOVERY AND SCHEDULING ORDER AND VACATING THE DISPOSITIVE MOTION DEADLINE<br><br>[ECF No. 48] |

Plaintiff Amir Shabazz is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 8, 2015, Defendants filed a motion to modify the discovery and scheduling order and vacate the October 26, 2015, dispositive motion deadline. (ECF No. 48.)

Good cause having been presented to the Court, it is HEREBY ORDERED that the current dispositive motion deadline of October 26, 2015, is VACATED, and the Court will issue a new discovery and scheduling order (as to the non-moving defendants and any remaining defendants) following final resolution of the pending motion for summary judgment relating to exhaustion of the administrative remedies.

IT IS SO ORDERED.

Dated:   **October 8, 2015**

UNITED STATES MAGISTRATE JUDGE

1