UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SHABAZZ,<br><br>          Plaintiff,<br><br>     v.<br><br>GIURBINO, et al.,<br><br>          Defendants. | Case No.: 1:11-cv-01558-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO THE FIRST AMENDED COMPLAINT WITHIN THIRTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>[ECF No. 52] |

Plaintiff Amir Shabazz is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 12, 2016, Defendants' motion for summary judgment relating to exhaustion of the administrative remedies was denied.  (ECF No. 52.)

Accordingly, within **thirty (30)** days from the date of service of this order, Defendants shall file a further response to Plaintiff's first amended complaint.

IT IS SO ORDERED.

Dated:   **February 16, 2016**

                                        UNITED STATES MAGISTRATE JUDGE