**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMIR SHABAZZ,<br><br>    Plaintiff,<br><br>    v.<br><br>GIURBINO, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-01558-DAD-SAB (PC)<br><br>ORDER VACATING COURT'S FEBRUARY 16, 2016, ORDER, AND SETTING NEW DISCOVERY AND DISPOSITIVE MOTION DEADLINE PURSUANT TO PRIOR COURT ORDERS<br><br>[ECF Nos. 47, 49, 53] |

Plaintiff Amir Shabazz is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding on Plaintiff's First Amended Complaint against Defendants Giurbino Director of California Department of Corrections and Rehabilitation (CDCR)), Trimble (Warden at Pleasant Valley State Prison (PVSP)), Fisher (Associate Warden at PVSP), Myers (Community Resource Manager), and Farkas (Correctional Food Manager) for violation of Plaintiff's rights under the free exercise clause of the First Amendment, the Equal Protection Clause of the Fourteenth Amendment, and the Religious Land Use and Institutionalized Persons Act.

On December 10, 2014, Defendants filed an answer to the complaint.  (ECF No. 36.)  On December 16, 2014, the Court issued the discovery and scheduling order.  (ECF No. 37.)

On April 6, 2015, Defendants filed a motion for summary judgment relating to exhaustion of the administrative remedies.  (ECF No. 40.)  Plaintiff filed an opposition on May 1, 2015, and Defendants filed a timely reply on May 20, 2015.  (ECF Nos. 41, 42, 42, 44.)

///

On September 1, 2015, the Court granted Defendants' motion to stay discovery pending their motion for summary judgment relating to exhaustion of the administrative remedies.  (ECF Nos. 46, 47.)

On October 8, 2015, the Court granted Defendants' request to modify the discovery and scheduling order and vacated the dispositive motion deadline of October 26, 2015.  (ECF Nos. 48, 49.)

On November 3, 2015, the Court issued Findings and Recommendations regarding Defendants' motion for summary judgment, and on February 12, 2016, Defendants' motion for summary judgment was denied.  (ECF Nos. 50, 52.)

On February 16, 2016, the Court directed Defendants to file a further response to the complaint within thirty days from the date of service.  (ECF No. 53.)  However, the Court inadvertently failed to reopen discovery and set a new dispositive motion deadline.  Accordingly, the Court's February 16, 2016, order will be vacated and a new discovery and dispositive motion deadline will be set.

Pursuant to the Court's December 16, 2014, discovery and scheduling order, the new discovery deadline is **August 17, 2016,** and the new dispositive motion deadline is **November 17, 2016.**  All other provisions of the Court's December 16, 2014, discovery and scheduling order remain in full force and effect.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Court's February 16, 2016, order is VACATED;
2. The new discovery deadline is August 17, 2016;
3. The new dispositive motion deadline is November 17, 2016; and
4. All other provisions of the Court's December 16, 2014, scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated:   **February 17, 2016**

UNITED STATES MAGISTRATE JUDGE