UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMIR SHABAZZ,

    Plaintiffs,

  v.

GEORGE J. GIURBINO,

    Defendants.

Case No. 1:11-cv-1558-DAD-SAB

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on August 16, 2016 at San Quentin, and the results of that proceeding are indicated below:

    (1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

        ( X ) Plaintiff, Amir Shabazz Pro Se

        (   ) Warden or warden's representative

        ( X ) Office of the California Attorney General, Martha Ehlenbach

        ( X ) Other: Paul Tores for CDCR

    (2) The following individuals, parties, and/or representatives did not appear:

_____

    (3) The outcome of the proceeding was:

        (   ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

        (   ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

1   ( X ) The parties are unable to reach an agreement at this time.  A status conference is
2   set for September 27, 2016 at 1:00.  Parties may appear by phone by dialing 888-684-8852 and
3   entering access code 1868782.
4   **IT IS SO ORDERED.**
5   Dated: 9/13/2016



_____
NANDOR J. VADAS
United States Magistrate Judge
Sitting by Designation